■ The People of the State of New York, Respondent, v Steven Wood, Appellant. [975 NYS2d 910]—Appeal by the defendant from an order of the Supreme Court, Kings County (Sullivan J.), dated April 4, 2012, which, after a hearing pursuant to Correction Law article 6-C, designated him a level two sex offender.

Ordered that the order is affirmed, without costs or disbursements.

A departure from the presumptive risk level is warranted where "there exists an aggravating or mitigating factor of a kind, or to a degree, that is otherwise not adequately taken into account by the guidelines" (Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 4 [2006]; *see People v Wyatt*, 89 AD3d 112, 119 [2011]; *People v Bussie*, 83 AD3d 920, 920-921 [2011]). Here, the Supreme Court properly determined that the defendant was not entitled to a downward departure and, thus, properly designated him as a level two sex offender (*see People v Wyatt*, 89 AD3d at 131; *People v Mondo*, 88 AD3d 676 [2011]; *People v Padro*, 84 AD3d 1046 [2011]).

The defendant's remaining contention is without merit. Dillon, J.P., Angiolillo, Roman and Sgroi, JJ., concur.